UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,                                     15-CV-3877 (KMW)
                                                    ORDER

  -against-

ROBERT E. DEPALO, JOSHUA B.
GLADTKE, GREGG A. LERMAN,
PANGAEA TRADING PARTNERS
LLC, ARJENT LLC, ARJENT LIMITED
and EXCALIBUR ASSET
MANAGEMENT LLC,

        Defendants.
-----------------------------------------------------X

WOOD, U.S.D.J.:

      Cyrus Vance, Jr., the District Attorney for New York County, seeks to intervene in the above-captioned case, and to stay discovery pending the resolution of a criminal case involving many of the Defendants here.

      For the reasons stated in the District Attorney's letter, [ECF No. 14], the Court grants the District Attorney's request to intervene, and stays this action pending the resolution of the related criminal case. The District Attorney shall contact this Court within one week of the termination of the related criminal case to schedule a conference as to how to proceed. The Initial Scheduling Conference scheduled for July 27, 2015, at 10:30 a.m. is adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
                June 15, 2015

                                                                   /s/
                                                     KIMBA M. WOOD
                                               United States District Judge